Form 210A (10/06)                               **United States Bankruptcy Court**

                                                CENTRAL DISTRICT OF MA

In Re: PLATT; PETER                                         Case No. 0830798

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates, LLC                          LVNV Funding LLC
-----------------------------------------                   -----------------------------------------
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known): 11
should be sent:                                             Amount of Claim: $4,300.86
POB 41067                                                   Date Claim Filed: 08/27/2008
NORFOLK, VA 23541

Phone: (877)829-8298                                        Phone: 864-678-8700
Last Four Digits of Acct # :  9364                          Last Four Digits of Acct #:

Name and Address where transferee payments                  Seller Information
Should be sent (if different from above)                    SHERMAN ACQUISITION LLC
PO Box 12914                                                PO Box 10587
NORFOLK, VA 23541                                           Greenville SC 29603

Phone: (877)829-8298
Last Four Digits of Acct # : 9364


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Dolores Garcia                                      Date: 12/11/2008
    -----------------------------------------
    Transferee/Transferee's Agent


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

* 935421 *